UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | S2 18 Cr. 782 (GBD) |
| MOISES BALDERRAMA COTA, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Adam Margulies;

It is found that Superseding Indictment S2 18 Cr. 782 (GBD) (the "S2 Indictment") in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have the S2 Indictment unsealed, and;

ORDERED that the S2 Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          February 24, 2026
          FEB 25 2026

_George B Daniels_
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK