**UNITED STATES DISTRICT COURT**
**SOUTHERN DISCTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**
Plaintiff,

     -against-

**MOISES BALDERRAMA COTA**
Defendant.

**CRIM NO.: 1:18-cr-00782-GBD-8**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of Ambrosio E. Rodriguez, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows

| | |
|---|---|
| Applicant's Name: | Ambrosio E. Rodriguez |
| Firm Name: | The Rodriguez Law Group |
| Address: | 626 Wilshire Blvd., Suite 460 |
| City/State/Zip: | Los Angeles, CA 90017 |
| Telephone/Fax: | Tel.: (213)995-6767 / Fax: (213)995-6368 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Moises Balderrama Cota in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 3/5/26

United States District/Magistrate Judge

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 3/4/2026

**LICENSEE NAME:** Ambrosio Eduardo Rodriguez

**LICENSEE BAR NUMBER:** 200880

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/3/1999

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Ambrosio Eduardo Rodriguez's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*