Case 1:18-cr-00782-GBD Document 270 Filed 08/22/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 22, 2026

**By ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

AUG 2 4 2026

**Re:** ***United States v. Moises Balderrama Cota*, S2 18 Cr. 782 (GBD)**

Dear Judge Daniels:

The Government respectfully writes regarding the exclusion of time under the Speedy Trial Act in the above-captioned matter. At the arraignment and subsequent initial conference, time was excluded through the next conference date, June 10, 2026. (*See* March 5, 2026, and March 26, 2026 Minute Entries.) This Court subsequently so-ordered two defense requests for adjournments of status conferences, through October 6, 2026, which requests stated that the parties consented to the exclusion of time through the next conference dates.[1] (*See* Dkts. 267, 269.) In an abundance of caution, the Government respectfully requests confirmation that time is excluded under the Speedy Trial Act through the next conference date of October 6, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served outweigh the best of interests of the public and the defendant in a speedy trial for the reasons stated in the defendant's adjournment requests, including to enable the parties to discuss a pretrial resolution. Alternatively, if time is not currently excluded, the Government respectfully requests, with the consent of the defendant, that time be excluded under 18 U.S.C. § 3161(h)(7)(A) through October 6, 2026, for those same reasons.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By : /s/ Adam Z. Margulies
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

cc: Counsel of Record (by ECF)

[1] Time was also automatically excluded from June 8–9, 2026, and August 7–17, 2026, during which time the defendant's adjournment requests were pending. *See* 18 U.S.C. § 3161(h)(1)(D); *see also, e.g.*, *United States v. Palmer*, No. 20 Cr. 379 (MKV), 2021 WL 1614837, at *3 (S.D.N.Y. Apr. 26, 2021) ("An application or request for a continuance qualifies as a 'motion' under Section 3161(h)(1)(D) and therefore excludes time from its filing to the date the Court disposes of it.").