THE RODRIGUEZ
LAW GROUP

...shire ...
Los Angeles, CA 90017
800.852.9851 / 213.995.6767 / 213.995.6368 (Fax)

October 5, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

The conference scheduled for October 6, 2026 is adjourned to October 15, 2026 at 10:30 a.m. Time excluded under the Speedy Trial Act to October 15, 2026

OCT 0 5 2026

George B. Daniels
HON. GEORGE B. DANIELS

RE: United States v. Moises Balderrama Cota
18-CR-782 (GBD)-8

Dear Judge Daniels:

I represent Moises Balderrama Cota, the defendant in the above referenced matter. A status conference in this case is currently scheduled for Tuesday, October 6, 2026. The purpose of this letter is to respectfully request a brief adjournment and continuance of the status conference to October 15 or 16, 2026. The government does not object and consents to this request. I am slated to begin trial on October 5, 2026 on a five-defendant, special circumstances murder trial in San Bernardino, California, in *People v. Sergio Herrera Reveles*. I have received an offer from the Government regarding this matter, however, I have not had a meaningful opportunity to discuss it with Mr. Balderrama Cota. Additionally, the government requests with the consent of the defendant to the exclusion of time under the Speedy Trial Act until the date that another status conference or change of plea hearing can be scheduled.

The Court's time and attention to this matter is greatly appreciated.

Respectfully Submitted,

/s/ Ambrosio E. Rodriguez,

/s/ Steven Pellechi,
Pro Hoc Vice
Appearance Counsel